UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVLOF FISHERIES LLC,

           Plaintiff,

    v.

GAVIN HOY,

           Defendant.

C17-1116 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion for Leave to File Amended Counterclaim, docket no. 13, to which no opposition was filed, is GRANTED. *See* FED. R. CIV. P. 15(a)(2) ("The court should freely grant leave when justice so requires."). Defendant's amended counterclaim will be deemed filed and served as of the date of this Minute Order. Any pleading or motion responsive to the amended counterclaim shall be due in accordance with Federal Rule of Civil Procedure 15(a)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of April, 2018.

                                                              William M. McCool
                                                             Clerk

                                                             s/Karen Dews
                                                             Deputy Clerk

MINUTE ORDER - 1