1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVLOF FISHERIES LLC,

                                Plaintiff,

          v.

GAVIN HOY,

                                Defendant.

C17-1116 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendant's Motion to Compel, docket no. 16 (the "Motion"), to which no opposition was filed,[1] is GRANTED as follows:

          (i)     Insofar as it has not done so already, Plaintiff is DIRECTED to produce all information and documents responsive to the Defendant's First Set of Interrogatories and Requests for Production dated March 1, 2018 and filed at docket no. 16-6, no later than Friday, June 29, 2018. To the extent no responsive information or documents exist, Plaintiff is DIRECTED to indicate such in its answers and responses.

          (ii)     Also no later than Friday, June 29, 2018, Plaintiff is DIRECTED to produce for inspection the F/V PAVLOF at a time convenient to Defendant's counsel. Prior to the inspection, Plaintiff shall restore the sorting table to the

---

[1] Rather than oppose the Motion, Counsel for Plaintiff submitted a declaration "acknowledg[ing] that the Defendant is entitled to the information requested . . . ." Declaration of Richard A. Nielsen in Response to Defendant's Motion to Compel, docket no. 18, at ¶ 1.

MINUTE ORDER - 1

location and position it was in at the time of Defendant's accident, as alleged in the Complaint for Declaratory Judgment, docket no. 1, at ¶ 11.

       (iii)    Defendant shall have thirty (30) days from the date of the inspection of the F/V PAVLOF, to produce its liability expert's report. All other deadlines and requirements imposed in the Minute Order Setting Trial Date and Related Dates, docket no. 10, shall remain unchanged.

      (2)    Plaintiff is ORDERED to show cause, no later than Friday, June 29, 2018, why, under Federal Rule of Civil Procedure 37(a)(5)(A), the Court should not award Defendant reasonable expenses incurred in bringing the Motion including reasonable attorney's fees.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 1st day of June, 2018.


                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk