THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAVLOF FISHERIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GAVIN HOY,<br><br>        Defendant.<br><br>GAVIN HOY,<br><br>        Counterclaim Plaintiff,<br><br>v.<br><br>PAVLOF FISHERIES, LLC,<br><br>        Counterclaim Defendant. | Case No. 2:17-cv-01116-TSZ<br><br>ORDER GRANTING MOTION FOR ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter came before the Court upon the motion for withdrawal and substitution of counsel by Pavlof Fisheries, LLC, docket no. 28, to which no opposition was filed. The Court being fully advised and having specifically reviewed the following:

1. Motion for Order Regarding Withdrawal and Substitution of Counsel; and
2. Proposed Order Granting Motion for Order of Withdrawal and Substitution of Counsel.

ORDER GRANTING MOTION FOR ORDER OF
WITHDRAWAL AND SUBSTITUTION OF COUNSEL:
CASE NO. 2:17-CV-01116-TSZ - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\126503\240657\CJF\23220512.1

The Court hereby ORDERS, ADJUDGES, AND DECREES THAT the motion is GRANTED and attorney Richard A. Nielsen is hereby permitted to withdraw from representing Pavlof Fisheries, LLC, and his withdrawal is effective immediately.

Dated this 31st day of July, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

*Presented by:*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Bert W. Markovich, WSBA #13580
Email: bmarkovich@schwabe.com
Colin Folawn, WSBA #34211
Email: cfolawn@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711
Facsimile: 206.292.0460
*Counsel for Plaintiff and Counterclaim Defendant, Pavlof Fisheries, LLC*

ORDER GRANTING MOTION FOR ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL: CASE NO. 2:17-CV-01116-TSZ - 2
PDX\126503\240657\CJF\23220512.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711