UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVLOF FISHERIES LLC,

    Plaintiff,

v.

GAVIN HOY,

    Defendant.

GAVIN HOY

    Counterclaim Plaintiff,

v.

PAVLOF FISHERIES, LLC,

    Counterclaim Defendant.

C17-1116 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff/Counterclaim Defendant Pavlof Fisheries, LLC's ("Pavlof") Motion for Relief from Case Schedule, docket no. 29, is GRANTED in part and DENIED and part. The Court extends the deadline for disclosure of expert testimony from May 14, 2018, to September 24, 2018, and the discovery cutoff from August 13, 2018, to October 29, 2018. All other deadlines and requirements imposed by the Court's Minute Order Setting Trial Date and Related Dates, docket no. 10, shall remain unchanged.

MINUTE ORDER - 1

(2)     Pavlof's Motion for Independent Medical Examination of Gavin Hoy, docket no. 32, is GRANTED in part and DENIED in part.  The Court concludes that good cause exists and, given the circumstances of this case, will allow a new IME.  *See* Fed. R. Civ. P. 35(a)(2)(A).  On the current record, however, the Court is unable to enter an order that complies with Federal Rule of Civil Procedure 35(a)(2)(B).  In light of the extended deadlines discussed in Paragraph (1) of this Minute Order, the parties are DIRECTED to confer on this issue and, no later than August 13, 2018, submit a proposed form of order that fulfills the requirements of Rule 35(a)(2)(B).

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
